Brenda S. Molner, WSBA #28295
ATER WYNNE LLP
601 Union Street, Suite 5450
Seattle, WA 98101-2327
Tele: (206) 623-4711
Fax: (206) 467-8406
Email: bsm@aterwynne.com
Attorneys for Pacific Erectors, Inc.

The Honorable Edward F. Shea

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

UNITED STATES OF AMERICA for the use and benefit of PACIFIC ERECTORS, INC.,

Plaintiff,

v.

LANDEL CORPORATION; TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA,

Defendants.

Case No. CV-04-3130-EFS

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

## STIPULATION

Pursuant to FRCP 41(a)(1), the parties hereby stipulate and agree that this action may be dismissed with prejudice and without an award of fees or costs to any party, per the subjoined order.

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
(Case No. CV-04-3130-EFS)- Page 1
292989_1.doc

ATER WYNNE LLP
LAWYERS
601 UNION STREET, SUITE 5450
SEATTLE, WA 98101-2327
(206) 623-4711

1    DATED this 28th day of OCTOBER, 2005.

2    ATER WYNNE LLP                           STANISLAW ASHBAUGH, LLP

3

4    By: /s/ Brenda Molner
     Brenda Molner, WSBA # 28295              By: /s/ John Riper
5    Attorneys for Plaintiff                  John Riper, WSBA #11161
     Pacific Erectors, Inc.                   Attorneys for Defendant Landel
6                                             Corporation

7    FERRING NELSON LLP

8
     By: _____
9    Michael Ferring, WSBA # 19399
     Attorneys for Defendant Travelers
10   Casualty & Surety Company of
     America
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

| | |
|---|---|
| 1 | ATER WYNNE LLP |
| 2 | |
| 3 | By: _____ |
| 4 | Brenda Molner, WSBA # 28295<br>Attorneys for Plaintiff |
| 5 | Pacific Erectors, Inc. |
| 6 | FERRING NELSON LLP |
| 7 | By: /s/ M. Ferring |
| 8 | Michael Ferring, WSBA # 19399<br>Attorneys for Defendant Travelers |
| 9 | Casualty & Surety Company of<br>America |

STANISLAW ASHBAUGH, LLP

By: _____
John Riper, WSBA #11161
Attorneys for Defendant Landel
Corporation

STIPULATION AND ORDER STAYING ACTION PENDING COMPLETION OF
ARBITRATION. (Case No. CV-04-3130-EFS) - Page 2
287959_1.DOC

ATER WYNNE LLP
LAWYERS
601 UNION STREET, SUITE 5450
SEATTLE, WA 98101-2327
(206) 623-4711

# ORDER

Upon stipulation of the parties:

IT IS HEREBY ORDERED that all claims asserted in the above-entitled action are hereby DISMISSED WITH PREJUDICE and without an award of fees or costs to any party.

DONE IN OPEN COURT this __2nd__ day of __November__, 2005.

_____s/ Edward F. Shea_____
Judge Edward F. Shea

**Presented By:**

ATER WYNNE LLP

By _____
Brenda Molner, WSBA # 28295
Attorneys for Plaintiff Pacific Erectors, Inc.

***Copy Received; Form Approved; and Notice of Presentation Waived By:***

STANISLAW ASHBAUGH, LLP

By: _____
John Riper, WSBA #11161
Attorneys for Defendant Landel Corporation

FERRING NELSON LLP

By: _____
Michael Ferring, WSBA # 19399
Attorneys for Defendant Travelers Casualty & Surety Company of America

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
(Case No. CV-04-3130-EFS)- Page 3
292989_1.DOC

ATER WYNNE LLP
LAWYERS
601 UNION STREET, SUITE 5450
SEATTLE, WA 98101-2327
(206) 623-4711

# ORDER

Upon stipulation of the parties:

IT IS HEREBY ORDERED that the above-captioned matter is stayed pending conclusion of an arbitration between plaintiff United States of America for the use and benefit of Pacific Erectors, Inc., and defendant Landel Corporation.

DONE IN OPEN COURT this ____ day of _____, 2005.

_____
Judge Edward F. Shae

*Presented By:*

ATER WYNNE LLP

By _____
   Brenda Molner, WSBA # 28295
Attorneys for Plaintiff Pacific Erectors, Inc.

*Copy Received; Form Approved; and Notice of Presentation Waived By:*

STANISLAW ASHBAUGH, LLP            FERRING NELSON LLP

By: _____  By: _____
   John Riper, WSBA #11161             Michael Ferring, WSBA # 19399
Attorneys for Defendant Landel      Attorneys for Defendant Travelers
Corporation                         Casualty & Surety Company of America

STIPULATION AND ORDER STAYING ACTION PENDING COMPLETION OF ARBITRATION. (Case No. CV-04-3130-EFS)- Page 3
287959_1.DOC

ATER WYNNE LLP
LAWYERS
601 UNION STREET, SUITE 5450
SEATTLE, WA 98101-2327
(206) 623-4711

| | |
|---|---|
| 1 | |
| 2 | **CERTIFICATE OF SERVICE** |
| 3 | I hereby certify that on _28th_ day of _October_____, 2005, I |
| 4 | electronically filed the foregoing document with the Clerk of the Court using the |
| 5 | CM/ECF system which will send notification of such filing to the following |
| 6 | persons: |
| 7 | Michael H. Ferring:  mike@fnllp.com |
| 8 | |
| 9 | and I hereby certify that I have mailed by United States Postal Service the |
| 10 | document to the following non CM/ECF participants: |
| 11 | John S. Riper |
| 12 | Stanislaw Ashbaugh LLP<br>701 Fifth Avenue |
| 13 | Suite 4400<br>Seattle, WA 98104-7012 |
| 14 | |
| 15 | DATED this _28th_ day of _October_____, 2005, at Seattle, Washington. |
| 16 | |
| 17 | /s/ Brenda S. Molner |
| 18 | Brenda S. Molner, WSBA #28295<br>Ater Wynne LLP |
| 19 | 601 Union Street, Suite 5450 |
| 20 | Seattle, WA  98101-2327<br>Telephone:  206-623-4711 |
| 21 | |
| 22 | Email: bsm@aterwynne.com |
| 23 | |
| 24 | |
| 25 | |

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
(Case No. CV-04-3130-EFS)- Page 4
292989_1.doc

ATER WYNNE LLP
LAWYERS
601 UNION STREET, SUITE 5450
SEATTLE, WA 98101-2327
(206) 623-4711